IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 04-26497 MBM |
| | ) | |
| Randy J. Gillette, Sr., | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Document No. |

### TRUSTEE'S CERTIFICATION OF COMPLETION OF ESTATE ADMINISTRATION AND APPLICATION FOR DISCHARGE

The undersigned Trustee (the "Trustee") certifies as follows in connection with the administration of the bankruptcy estate in the above referenced case (the "Estate"):

a. All money of the Estate has been distributed to creditors in accordance with the Order of Distribution previously entered in this case;

b. Any unclaimed funds and small dividends have been fully administered pursuant to Section 347 of the Bankruptcy Code;

c. Statements for all Estate deposit or investment accounts are attached hereto and indicate zero balances;

d. All original canceled checks relating to all distributions of Estate money are attached hereto; and

e. The Estate has been fully and properly administered, and the Trustee has performed all the duties of a Trustee in connection with the administration of the Estate pursuant to Section 704 of the Bankruptcy Code.

WHEREFORE, the Trustee requests that he will be discharged and that the above referenced case be closed.

Respectfully submitted,

Dated: February 23, 2007

/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Trustee
Zebley Mehalov & White, P.C.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-26497 MBM  
**Case Name:** GILLETTE, RANDY J., SR.  

**Taxpayer ID #:** 13-7461734  
**Period Ending:** 01/31/07  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*37-65 - Money Market Account  
**Blanket Bond:** $10,909,597.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/05 | {10} | Francis Gillette for Randy J. Gillette | Settlement of unexempt amount per order dated 04/05 | 1210-000 | 6,092.00 | | 6,092.00 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.70 | | 6,092.70 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.94 | | 6,094.64 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 2.11 | | 6,096.75 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 2.33 | | 6,099.08 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 2.40 | | 6,101.48 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.65 | | 6,104.13 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.76 | | 6,106.89 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.05 | | 6,109.94 |
| 01/26/06 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2006 FOR CASE #04-26497, Bond # 016026363 | 2300-000 | | 4.35 | 6,105.59 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.44 | | 6,109.03 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.28 | | 6,112.31 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.63 | | 6,115.94 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.87 | | 6,119.81 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.16 | | 6,123.97 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.03 | | 6,128.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.17 | | 6,132.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.17 | | 6,136.34 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.89 | | 6,140.23 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.30 | | 6,144.53 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.03 | | 6,148.56 |

**Subtotals :**        **$6,152.91**        **$4.35**

{} Asset reference(s)

Printed: 02/23/2007 03:52 PM    V.9.02

Case 04-26497-MBM   Doc 79   Filed 03/02/07   Entered 03/02/07 11:14:56   Desc Main
Document      Page 3 of 5

**Form 2**

Page: 2

**Cash Receipts And Disbursements Record**

| **Case Number:** | 04-26497 MBM | **Trustee:** | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|
| **Case Name:** | GILLETTE, RANDY J., SR. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****37-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7461734 | **Blanket Bond:** | $10,909,597.00   (per case limit) |
| **Period Ending:** | 01/31/07 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.29 | | 6,150.85 |
| 12/18/06 | | To Account #********3766 | Transfer for final account distribution | 9999-000 | | 6,150.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,155.20** | **6,155.20** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,150.85 | |
| | | | **Subtotal** | | **6,155.20** | **4.35** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,155.20** | **$4.35** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-26497 MBM  
**Case Name:** GILLETTE, RANDY J., SR.  

**Taxpayer ID #:** 13-7461734  
**Period Ending:** 01/31/07  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****37-66 - Checking Account  
**Blanket Bond:** $10,909,597.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/06 | | From Account #********3765 | Transfer for final account distribution | 9999-000 | 6,150.85 | | 6,150.85 |
| 12/20/06 | 101 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $1,495.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,495.00 | 4,655.85 |
| 12/20/06 | 102 | eCAST Settlement Corporation, assignee of | Claim No. 1; Your Ref # XXXX-8828; Dividend paid on Claim Amount Allowed | 7100-000 | | 875.35 | 3,780.50 |
| 12/20/06 | 103 | Arrow Financial Services LLC c/o Becket and Lee, LLP | Claim No. 2; Your Ref # XXXX-6658; Dividend paid on Claim Amount Allowed | 7100-000 | | 382.79 | 3,397.71 |
| 12/20/06 | 104 | Erie Insurance Group 100 Erie Insurance Place | Claim No. 3; Your Ref # Q06-2930385; Dividend paid on Claim Amount Allowed | 7100-000 | | 128.50 | 3,269.21 |
| 12/20/06 | 105 | B-Line, LLC/First National Bank of Marin B-Line, LLC | Claim No. 7; Your Ref # XXXX-6055; Dividend paid on Claim Amount Allowed | 7100-000 | | 750.23 | 2,518.98 |
| 12/20/06 | 106 | Richard Knight | Claim No. 5; Your Ref # ;  Dividend paid on Claim Amount Allowed | 7200-000 | | 495.64 | 2,023.34 |
| 12/20/06 | 107 | Karen Knight | Claim No. 6; Your Ref # ;  Dividend paid on Claim Amount Allowed | 7200-000 | | 495.64 | 1,527.70 |
| 12/20/06 | 108 | Charles O. Zebley, Jr. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,527.70 | 0.00 |
| | | | Dividend paid 100.00%      1,363.65 on $1,363.65;  Claim# ; Filed: $1,363.65 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      164.05 on $164.05;  Claim# ; Filed: $164.05 | 2200-000 | | | 0.00 |

**Subtotals :**   $6,150.85   $6,150.85

{} Asset reference(s)

Printed: 02/23/2007 03:52 PM     V.9.02

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-26497 MBM  
**Case Name:** GILLETTE, RANDY J., SR.  

**Taxpayer ID #:** 13-7461734  
**Period Ending:** 01/31/07  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****37-66 - Checking Account  
**Blanket Bond:** $10,909,597.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,150.85 | 6,150.85 | $0.00 |
| | | | Less: Bank Transfers | | 6,150.85 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,150.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,150.85** | |

```
Net Receipts :      6,155.20
                  _____
Net Estate :        $6,155.20
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****37-65** | 6,155.20 | 4.35 | 0.00 |
| **Checking # ***-*****37-66** | 0.00 | 6,150.85 | 0.00 |
| | $6,155.20 | $6,155.20 | $0.00 |

{} Asset reference(s)